AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00158 |
| Peter Malone | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 5/2/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Peter Malone,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building .

Date:     05/02/2024                                                                   *Zia M. Faruqui*
                                                                                        *Issuing officer's signature*

City and state:     Washington, D.C.                            Zia M. Faruqui, U.S. Magistrate Judge
                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/02/2024, and the person was arrested on *(date)* 05/08/2024
at *(city and state)* Cleveland, OH.

Date: 05/08/2024                                        *Nicholas [signature]*    FBI SA
                                                            *Arresting officer's signature*

                                                        Nicholas Vismich   FBI SA
                                                            *Printed name and title*