UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                          CASE NO:  24-mj-158

      Plaintiff,

Vs.

PETER MALONE,

      Defendant.


**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT**


      Undersigned counsel, admitted *pro hac vice*, hereby respectfully requests leave of Court to withdraw as counsel for Peter Malone, pursuant to LCrR 44.5(d), in that undersigned counsel has personal medical concerns that will likely require delays in the proceedings as described below.

      Undersigned counsel is scheduled to undergo a cervical laminoplasty on January 7, 2025, at the Cleveland Clinic in Cleveland, Ohio.  The surgery has been delayed until that date to permit counsel to complete the Malone case, however, it does not appear the Malone case can be fully completed before the scheduled surgery.  Undersigned counsel has been advised that the recovery period may be between 8 and 12 weeks and, perhaps, even longer.  Even though proceedings in the Malone case may occur virtually, counsel's availability will be uncertain. There is no valid reason for the Court, the United States Attorney and other interested persons to be subject to delays based on counsel's health issues.

      Undersigned counsel respectfully submits that a change of counsel at this point in the proceedings will not unduly delay trial or unfairly prejudice any party, in that neither an Information nor an Indictment has yet been filed.  Provisions of the Speedy Trial statute have been waived.   Further, it is respectfully submitted that it is in the interests of justice that a change of counsel be permitted, so that the proceedings may continue without unnecessary interruptions.

      Wherefore, undersigned counsel respectfully requests leave of Court to withdraw as counsel for Peter Malone.


            Respectfully submitted,



            /s/ Jerome Emoff (Ohio Sup. Ct. No. 0001425)

Admitted Pro Hac Vice

60 South Park Place

Painesville, OH  44077

440-725-3123

attyjeromeemoff@gmail.com

<u>Certificate of Service</u>

A copy of the foregoing Motion was served on Peter Malone at his residence address, on Mr. Shalin Nohria, Assistant United States Attorney, by email, and on Charles Haskell, at his office address, on this 24th day of August, 2024.


/s/ Jerome Emoff